# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TONY WILLIAM WINFREY                                              PLAINTIFF

V.                   No. 4:23-CV-629-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                   DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time to file his brief (*Doc. 9*) is GRANTED. Plaintiff's brief is now due on or before November 29, 2023. Defendant must file a brief within thirty (30) days of the date Plaintiff's brief is served.

SO ORDERED, this 27th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE