UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY WILLIAM WINFREY                                                                    PLAINTIFF

V.                                        No. 4:23-CV-00629-BBM

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## ORDER

Plaintiff Tony William Winfrey filed the above-captioned case, seeking judicial review of the administrative denial of his applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act. (Doc. 2). On December 11, 2023, the Defendant filed an Unopposed Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16). The Motion in unopposed. *Id.* For good cause shown, the motion will be granted.

Accordingly, the Defendant's Unopposed Motion to Reverse and Remand (Doc. 16) is GRANTED. The decision of the Commissioner is REVERSED, and this matter is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE