UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY WILLIAM WINFREY                                                                PLAINTIFF

V.                              No. 4:23-CV-00629-BBM

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Tony William Winfrey, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE